FILED

03/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0063

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0063

MICHAEL JOHN STALEY,

     Petitioner,

v.

COMMANDER DAN O'FALLON, Warden,
Cascade County Regional Prison,

     Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including April 13, 2021, within which to prepare, serve, and file its response.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 12 2021